■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS WATKINS, Appellant. [19 NYS3d 889]—Judgment, Supreme Court, New York County (Patricia Nunez, J.), rendered July 5, 2012, convicting defendant, after a jury trial, of assault in the second degree (two counts), disorderly conduct (two counts) and resisting arrest, and sentencing him, as a second violent felony offender, to an aggregate term of five years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations. The evidence established each of the elements of the crimes charged. The record does not support defendant's claim that he was experiencing a seizure during the incident; on the contrary, it demonstrated that he feigned a seizure.

We have considered and rejected defendant's remaining claims. Concur—Tom, J.P., Friedman, Saxe and Gische, JJ.